IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR23** |
| vs. | ) | |
| | ) | **ORDER** |
| **STACY L. WRIGHT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on defendant's motion for a 90-day extension of the trial date (Doc. 24).  The court finds that the defendant has not satisfactorily explained why plea negotiations cannot be timely completed and has not shown good cause for a continuance of the scheduled trial date.

    **IT IS ORDERED** that defendant's Motion to Continue Trial (Doc. 24) is denied.  The trial of this matter remains scheduled for May 19, 2009.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **May 12, 2009.**

    **DATED May 7, 2009.**

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**