IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR23** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **STACY L. WRIGHT,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to modify her order setting conditions of release (Filing No. 48).

The Defendant requests a modification for two weeks prior to her self reporting date, which is no earlier than March 11, 2010. While time constraints might not allow for a two-week modification, the proposed plan will be allowed until the Defendant self-reports to the facility or the Marshal's office.

IT IS ORDERED:

1. The Defendant's motion to modify her order setting conditions of release (Filing No. 48) is granted;

2. The Defendant's conditions of release are modified in accordance with the plan proposed in the Defendant's motion (Filing No. 48).

DATED this 25th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge